IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Case No. 1:24-cr-00058 |
| ) | |
| DARIC EVANS ) | |
| ) | |

**ORDER**

HAVING considered the Government's Motion filed for good cause and any responses filed thereto, it is this **25th** day of **February**, 2026, hereby

ORDERED, that the Government's Sentencing Memorandum filed with the Court on February 13, 2026 be sealed.

\_\_2/25/26\_\_
Date

_____/S/_____
Judge Matthew J. Maddox
United States District Judge